# EXHIBIT 24

A web.com Company

**Whois Server Version 2.0**
Domain names in the .com and .net domains can now be registered with many different competing registrars.

Go to http://www.internic.net for detailed information.

Domain Name: GREENTHUMBGARDEN.COM
Registry Domain ID: 11937895_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.enom.com
Registrar URL: www.enom.com
Updated Date: 2015-11-22T21:40:03.00Z
Creation Date: 1999-11-01T08:28:18.00Z
Registrar Registration Expiration Date: 2016-11-01T07:28:00.00Z
Registrar: ENOM, INC
Registrar IANA ID: 48
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: JOHN HILLS
Registrant Organization: INTERNET LOCATIONS
Registrant Street: POST OFFICE BOX 1509
Registrant City: MAKAWAO, MAUI
Registrant State/Province: HI
Registrant Postal Code: 96768
Registrant Country: US
Registrant Phone: +1.8082685000
Registrant Phone Ext:
Registrant Fax: +1.8084421111
Registrant Fax Ext:
Registrant Email: IMAUI@MAC.COM
Registry Admin ID:
Admin Name: JOHN HILLS
Admin Organization: INTERNET LOCATIONS
Admin Street: POST OFFICE BOX 1509
Admin City: MAKAWAO, MAUI
Admin State/Province: HI
Admin Postal Code: 96768
Admin Country: US
Admin Phone: +1.8082685000
Admin Phone Ext:

Admin Fax: +1.8084421111
Admin Fax Ext:
Admin Email: IMAUI@MAC.COM
Registry Tech ID:
Tech Name: JOHN HILLS
Tech Organization: INTERNET LOCATIONS
Tech Street: POST OFFICE BOX 1509
Tech City: MAKAWAO, MAUI
Tech State/Province: HI
Tech Postal Code: 96768
Tech Country: US
Tech Phone: +1.8082685000
Tech Phone Ext:
Tech Fax: +1.8084421111
Tech Fax Ext:
Tech Email: IMAUI@MAC.COM
Name Server: NS1.ABOVE.COM
Name Server: NS2.ABOVE.COM
DNSSEC: unSigned
Registrar Abuse Contact Email: abuse@enom.com
Registrar Abuse Contact Phone: +1.4252982646
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2015-11-22T21:40:03.00Z

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Get Noticed on the Internet! Increase visibility for this domain name by listing it at www.whoisbusinesslistings.com
The Registry database contains ONLY .COM, .NET, .EDU domains and Registrars.