# EXHIBIT 30

Merchant & Gould
An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchantgould.com

A Professional Corporation

Direct Contact | 612.336.4615
cschulte@merchantgould.com.

May 14, 2015

VIA CERTIFIED MAIL
Return Receipt Requested

John Hills
P.O. Box 1509
Makawao, Maui, HI 96768

Re: **GREEN THUMB®** Trademark Infringement on Your Website at greenthumbgarden.com
Our Ref: M&G 14972.0230USCE

Dear Mr. Hills:

This firm represents True Value Company with respect to its intellectual property matters. True Value Company is the member-owned cooperative, wholesaler-distributor and manufacturer for a national chain of over 5,000 retail stores, thousands of which are known as **TRUE VALUE** hardware stores. True Value Company owns the mark **GREEN THUMB** in relation to a wide variety of goods ranging from soil mix (Federal Registration number 3,075,371) to grass and lawn sprinklers (Federal Registration number 3,223,923), and it is one of its top selling brands. In fact, our client has been selling a wide variety of lawn and garden items under this trademark since the 1950s.

It has come to our client's attention that you use our client's trademark in your domain name address located at greenthumbgarden.com. Your website also includes our client's trademark as part of the links to various other garden supply websites. Your business does not possess a license to use the **GREEN THUMB** trademark in this manner. Therefore, this use of our client's trademark suggests an affiliation where none exists and will cause consumer confusion. This, in turn, amounts to trademark infringement, dilution, and cybersquatting, and is an unfair manner of competition in violation of state and federal trademark laws. Accordingly, our client demands that you cease and desist all use of the **GREEN THUMB** mark in this fashion and transfer the greenthumbgarden.com domain name (and any other domain names you may own with GREEN THUMB, or its phonetic equivalents, as its root term).

We hope that you will voluntarily comply with this notice to make it unnecessary for True Value Company to file a lawsuit or UDRP proceeding seeking all available damages and injunctive relief. Please forward to me, within fifteen (15) days of the date of this letter, a response

outlining the steps you will take to cease infringement of True Value's valuable trademark including, but not limited to transferring control of the domain name to True Value Company and destroying any other marketing or business-related materials bearing our client's mark.

Very truly yours,

Christopher J. Schulte

CJS/jms

THE WALZ CERTIFIED MAILER™ FROM WALZ ™

FORM #35663 VERSION: 06/10
U.S. PAT. NO. 5,501,393

Label #1

John Hills
P. O. Box 1509
Makawao, Maui, HI 96768

Label #2

John Hills
P. O. Box 1509
Makawao, Maui, HI 96768

Label #3

Merchant & Gould PC
Attn: Christopher J. Schulte
IDS Center, Suite 3200
80 S 8th Street
Minneapolis, MN 55402

7160 3901 9849 0701 2063

TO: John Hills
P. O. Box 1509
Makawao, Maui, HI 96768

TEAR ALONG THIS LINE

SENDER: SenderInfo

REFERENCE: 14972.0230USCE/CJS/jms

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | 0.46 |
| | Certified Fee | 3.10 |
| | Return Receipt Fee | 0.00 |
| | Restricted Delivery | 0.00 |
| | Total Postage & Fees | 3.56 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

A FOLD AND TEAR THIS WAY → OPTIONAL

B

Label #4

Certified Article Number
7160 3901 9849 0701 2063
SENDERS RECORD

Label #5

John Hills
P. O. Box 1509
Makawao, Maui, HI 96768

Charge Amount:

Charge To:

Label #6

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL

7160 3901 9849 0701 2063
RETURN RECEIPT REQUESTED

FOLD AND TEAR THIS WAY →

C

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS MAIL CARRIER
DETACH ALONG PERFORATION

2. Article Number

7160 3901 9849 0701 2063

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

John Hills
P. O. Box 1509
Makawao, Maui, HI 96768

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**Reference Information**

14972.0230USCE/CJS/jms

SenderInfo

Thank you for using Return Receipt Service

PS Form 3811, January 2005 Domestic Return Receipt