# EXHIBIT 31



# John Hills

Photo Journalist, Web Domain Investments

Hawaiian Islands | Internet

**224** connections

| | |
|---|---|
| Current | Christopher Hills Foundation, InternetLocations.com, International Photo Journalist |
| Previous | MAUI INC. Magazine, Maui Gold Magazine |
| Education | Banaras Hindu University |
| Websites | Company Website<br>Portfolio<br>Facebook |

## Join LinkedIn and access John's full profile. It's free!

As a LinkedIn member, you'll join 300 million other professionals who are sharing connections, ideas, and opportunities.

- See who you know in common
- Get introduced
- Contact **John** directly

**View John's Full Profile**

## Summary

Web Domain Investments
Professional Photographer
Magazine Editor, Publishing consultation
Internet Architecture & Graphical User Interface designer
Tour Host - All India Expeditions
Journeyman printer - letterpress, sheet-fed & web
Graphic Design - Photoshop, Quark
Equity Strategist - Portfolio protection, options innovation
Speech writer - Governor, Speaker of the House
Political campaign consulting - Campaignomics.com
BBC News Team - Television Centre
Harrods of London - Exotic Animal Import Dept.
Aquaculturist - Tropical fish & Spirulina farming
Driver/Mechanic - High performance off-road expeditions, 4x4 trucks and motorcycles

Specialties: Premium Domains, Photography, Public Relations, Branding, Press releases, International photojournalism. Wilderness survival, 4x4 Expeditions: Europe, Jamaica, India & Tibet. Known as "Cat Whisperer" for taming and training felines - wild and domestic

## Experience

### President

Christopher Hills Foundation

January 1997 – Present (18 years 9 months) | www.hillsfoundation.org

World Sustainability through Bio-Innovation
www.Hillsfoundation.org
Science and farming of Spirulina micro algae for food and fuel.
Charitable activities: feeding the hungry, stream restoration, medical research on algae extracts, providing open source research archives of Dr Christopher Hills, bamboo for sustainable housing,

### Find a different John Hills

First Name | Last Name

**Example:** John Hills


**John Paul Hills**
Vice President Commercial Banking at Wintrust Financial Corporation
United States


**John Hills**
Associate at Resources Global Professionals
United States

**John Hills**
Surface Warfare Officer
United States


**John Hills**
Manager - Global Regulatory Affairs at American Express
United States

**John Hills**
Principal in charge - Toledo Office at Rehmann
United States

More professionals named John Hills

### People Also Viewed


**Andrea Sabatini**
Founder at QLQ.com and EAT.co


**Chris Kern**
President at Domain Media Corp., Managing Director at Windstream Partners, LLC

**Paul Taylor**

**Kevin Vergauwen**


**Mingyue Wang**
Attending Physician in Dermatology at Peking University First Hospital


**Chip Meade**
Online Marketing & Identity Solutions


**Gianni Chiarolini**
Sr. Domain Name Consultant at Register.be & Register.eu. Owner at eMarkination

What is LinkedIn? Join Today Sign In


**Peter Ejtel**
Domain Consultant at Ejtel.com, CEO at SharedReviews.com


**Noël Tellez**
Domainer, SEO, Domain Marketing Website/Domain Brokerage -


**Rolf Larsen**
CEO and Founder of dot GLOBAL

development of Human Sustainability Module. https://en.wikipedia.org/wiki/Christopher_Hills

### CEO

InternetLocations.com

1997 – Present (18 years)

Offering thousands of brandable generic web domains (see www.InternetLocations.com) With the launch of Internet Locations division in 1997, we became pioneers in domain monetization, developing innovations in landing page optimization and enhanced user experience. Internet Locations offers excellent brandable generic domains for all dimensions of life, business, science and the arts.

### Owner

International Photo Journalist

January 1974 – Present (41 years 9 months) | Hawaiian Islands

Specializing in photojournalism, stock photos, limited edition fine art photgraphy.

### President

Interpress Inc.

1971 – Present (44 years)

Interpress Inc. was founded in New Delhi in 1971 with the publication of CHAKRA Magazine and specialized for 40 years in photography, quality letterpress and lithographic printing.

### Editor-in-Chief

MAUI INC. Magazine

1986 – 1996 (10 years)

First business magazine in the nation to implement digital pre-press technologies, two years before TIME. Sponsors of BEACON (Business & Environment Conferences) in Hawaii, in concert with UNEP (United Nations Environmental Programme) pioneered "Greening" of the Hotel Industry. Exclusive interviews included Margaret Thatcher, Hillary Clinton, HRH Prince Philip, Jean Michel Cousteau and numerous government and business leaders. MAUI INC. received many first place awards for design and journalism in the print and publishing industry. Merged with Spotlight Publishing in 1996.

### Founder, President

Maui Gold Magazine

January 1980 – March 1994 (14 years 3 months) | Merged with Spotlight Hawaii 1994

In 1980 founded one of the top three visitor magazines on Maui with a circulation of 1,000,000 copies per year. Innovated perforated glossy pictorial discount coupons and state of the art driving maps called "Rainbow Routes". Photographed most of the magazine's exotic wahine award winning covers and was first full color magazine in the nation to go completely digital. Spotlight Hawaii merged with Maui Gold and now publishes Hawaii's four leading visitor guides: Spotlight's Oahu Gold, Spotlight's Maui Gold, Spotlight's Hawaii Gold and Spotlight's Kauai Gold.

## Volunteer Experience & Causes

### Coordinator

Bharat Sevak Samaj

Social Services

Help recruiters find you

Members with a position get 3 times more profile views.

Update your profile

**Causes John cares about:**

Animal Welfare
Arts and Culture
Economic Empowerment
Environment
Health
Disaster and Humanitarian Relief
Politics
Poverty Alleviation

**Organizations John supports:**

WWF-India
The Nature Conservancy
Fundacion Philippe Cousteau
Maui Coastal Land Trust
Maui United Way

## Languages

**Hindi**
Limited working proficiency

**French**
Limited working proficiency

**Italian**
Elementary proficiency

**Jamaican patois**
Native or bilingual proficiency

## Skills

HTML | Google Adwords | Press Releases | Web Development | Leadership | Web Marketing | Graphic Design | CSS | Website Development | Blogging | Web Design | Strategic Partnerships | Business Development | Online Marketing | Start-ups | See 35+

## Education

### Banaras Hindu University

Post Grad, Eastern Philosophy
1970 – 1972

Studied with Padmabhushan Dr B. L. Atreya at BHU as well as, at a young age, was "adopted" by founders of Congress Party such as Surendra Mohan Ghose, Gulzarilal Nanda and Mrs Indira Gandhi due to father's friendship with Jawarharlal Nehru.
Activities and Societies: In concert with Dr Atreya, Dr. G.S. Melkote, Mayor Hansraj Gupta, President V.V. Giri, Dhirendra Bramachari and many others, organized the first World Conference on Scientific Yoga at Vigyan Bhavan, New Delhi. Attended by 1000 Swamis and 50 scientists from Western universities. (See "Young British Yogi Plans World Meet" - Hindustan Times, July 1970)

### Holland Park Comprehensive

High School, Holland Park was one of the UK's first comprehensive schools, an experiment in integrated education
1967 – 1969

Classmate of Hilary Benn, currently Shadow Foreign Secretary in the U.K. Parliament
Activities and Societies: English Writers, Ceramics, Archery, Golf, Classical Violin

### King Edward VII School, King's Lynn
High School
1965 – 1967

Grandfather was Mayor of King's Lynn & Sandringham. Governor of KE VII School
Activities and Societies: Cricket, Tennis, Cross Country, Debating Society

### Jamaica College
High School
1961 – 1965

Jamaica College was the alumnus of close family friends: Prime Ministers Norman and Michael Manley.
Activities and Societies: Track, Soccer, Geographic Society

### Wolmer's Schools
Secondary
1957 – 1961

Mother was Headmistress of Wolmer's Girls School

## Interests

Photography | Sustainability Technologies | Web 2.0 | Business Intelligence | Domains | Behavioral Analytics | PPC Monetization | Advertising Innovations | Foreign Policy | South Asian & Middle East Politics | See 8+

## Honors & Awards

### Additional Honors & Awards
Many awards for Graphic Design, Photography & Journalism.

Small Business Person of the Year, Hawaii, 1990.

Keynote speaker World Parliament of Youth, Pondicherry, India, 1971.

## Projects

### Images

## Groups

**The Domainers Netw…** **AfternicDLS** **Media Professionals …** **Buying & Selling TRA…**

**Bido.com Domain Au...** **Insurance Domains** **DNForum.com DNF ...**

See 7 more

## View John's full profile to...

- See who you know in common
- Get introduced
- Contact **John** directly

**View John's Full Profile**

Not the John Hills you're looking for? View more

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Guest Controls