# EXHIBIT 33

http://www.computer-infection-breach.com/error.dill/

SYSTEM WARNING ERROR

File Edit View Favorites Tools Help

Suggested Sites Web Slice Gallery

Page Safety Tools

0x000000CE DRIVER_UNLOADED_WITHOUT_CANCELLING_PENDING_OPERATIONS

SYSTEM HEALTH IS CRITICAL
DO NOT RESTART

BSOD : I lure of
op :
BLU OCE

Please contact 1-866-246-5179

To Immedia Data Loss

Message from webpage

There is a .net frame work file missing due to some harmfull virus

Debug malware error 895-system 32.exe failure.

URGENT - Contact computer technicians to rectify the issue.
Please do not open internet browser for your security issue to avoid data corruption on your registery of your operating system. Please contact computer technicians at

Tollfree Helpline at 1-866-246-5179

OK

100%

11:30 AM
7/30/2015