IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUE VALUE COMPANY, | ) | Civ. No. 16-00237 JMS-RLP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| JOHN HILLS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S</u>**
**<u>FINDINGS AND RECOMMENDATION</u>**

Findings and Recommendation having been filed and served upon all parties on November 16, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF TRUE VALUE COMPANY'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT JOHN HILLS AND FOR ORDER OF PERMANENT INJUNCTION AND TRANSFER OF INFRINGING DOMAIN NAME," ECF No. 31, are adopted as the opinion and order of this Court. The December 12, 2016

///

///

deadline for Plaintiff to submit a declaration in support of its request for an award of attorneys' fees, however, is extended to January 3, 2017.

   IT IS SO ORDERED.

   DATED: Honolulu, Hawaii, December 12, 2016.



          /s/ J. Michael Seabright
          J. Michael Seabright
          Chief United States District Judge

*True Value Co. v. Hills*, Civ. No. 16-00237 JMS-RLP, Order Adopting Magistrate Judge's Findings and Recommendation