AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

TRUE VALUE COMPANY

Plaintiff(s),

V.

JOHN HILLS

Defendant(s).

DEFAULT JUDGMENT
IN A CIVIL CASE

Case: CV 16-00237 JMS-RLP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 12, 2016

At 1 o'clock and 20 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, default judgment is entered in favor of Plaintiff True Value Company and against Defendant John Hills, pursuant to, and in accordance with the "Findings and Recommendation to Grant Plaintiff True Value Company's Motion for Entry of Default Judgment Against Defendant John Hills and for Order of Permanent Injunction and Transfer of Infringing Domain Name" filed November 16, 2016 and the "Order Adopting Magistrate Judge's Findings and Recommendation" filed on December 12, 2016.

December 12, 2016
Date

SUE BEITIA
Clerk

/s/ Sue Beitia by ET
(By) Deputy Clerk