RECEIVED
CLERK U.S. DISTRICT COURT
JAN 27 2017
DISTRICT OF HAWAII

**JOHN HILLS**
P.O. Box 1509, Makawao, Maui, Hawaii 96768
(808) 268-5000 FAX (808) 442-1111 e-mail imonsoon@gmail.com

Clerk of the Court
United States District Court
For the State of Hawaii

CIVIL NO: 16-00237 JMS-RLP January 25, 2017

Re. Transmittal of Documents enclosed

Aloha,

Please find enclosed the following documents for immediate filing.

1. The Defendant's Answer to the Complaint

2. ICANN URDP GreenThumbGarden.com DECISION

3. ICANN URDP GreenThumbGarden.com RESPONSE
Presented as an exhibit proving Plaintiff has, since 2015, had a record of John Hills' contact information in their files.

I appreciate you directing these to the appropriate judge.

I am requesting that ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECCOMMENDATION be re-opened in light my inability to respond due to negligence in notifications and service and because of crucial evidence withheld by Plaintiff.

Sincerely,

John Hills
Defendant