PRIORITY MAIL

7015 0640 0003 7941 8737

U.S. POSTAGE PAID
KAHULUI, HI
96732
JAN 26, 17
AMOUNT
$12.75
R2304M112310-05

1005

96850

KAHULUI HI 96732 JAN 26 2017 USPS

# PRIORITY®
# ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 27 2017
DISTRICT OF HAWAII

FROM:
JOHN HILLS
PO BOX 1509
MAKAWAO HI 96768

TO:
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU
HI 96850-0338

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

This envelope is made from post-consumer waste. Please recycle - again.

July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a