Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

LOUISE K. Y. ING 2394
KRISTIN L. HOLLAND 10063
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail: ling@ahfi.com
kholland@ahfi.com

THOMAS R. JOHNSON
*(admitted pro hac vice)*
PAIGE S. STRADLEY
*(admitted pro hac vice)*
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
Email: tjohnson@merchantgould.com
pstradley@merchantgould.com

Attorneys for Plaintiff
TRUE VALUE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TRUE VALUE COMPANY,<br><br>Plaintiff,<br><br>vs. | Case No. CV 16-00237-JMS-RLP<br><br>**JOINT STIPULATION** TO SIMULTANEOUSLY WITHDRAW PLAINTIFF TRUE VALUE |

| | |
|---|---|
| JOHN HILLS;<br><br>Defendant. | COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS [ECF Nos. 27, 35, 36-1] AND DEFENDANT JOHN HILLS'S CONSTRUED MOTION FOR RECONSIDERATION [ECF No. 39]<br><br>Non-Hearing: ECF No. 41<br><br>Trial Date: Not Set |

**JOINT STIPULATION TO SIMULTANEOUSLY WITHDRAW PLAINTIFF TRUE VALUE COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS [ECF Nos. 27, 35, 36-1] AND DEFENDANT JOHN HILLS'S CONSTRUED MOTION FOR RECONSIDERATION [ECF No. 39]**

Plaintiff TRUE VALUE COMPANY Plaintiff True Value Company and Defendant JOHN HILLS jointly request to simultaneously withdraw their respective motion for attorneys' fees and costs (ECF Nos. 27, 35, 36-1) and construed motion for reconsideration (ECF No. 39), as a result of a settlement agreement they have reached. The parties hereby stipulate that each side will bear its own fees and costs and that no appeals may be taken from this action.

The parties request that the Court vacate its Order setting a briefing schedule for Defendant's construed motion for

reconsideration (ECF No. 39). The parties hereby stipulate that the Default Judgment in a Civil Case (ECF No. 33) shall be made final.

Respectfully submitted,

Dated: February 21, 2017

Thomas R. Johnson
***Counsel for Plaintiff True Value Company***

Dated: February 16, 2017

John Hills
***Pro Se***

Dated: February 21, 2017

/s/ Kristin L. Holland
Louise K.Y. Ing
Kristin L. Holland
***Co-Counsel for Plaintiff True Value Company***

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, February 21, 2017.

/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge